# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>NABYUNISSA BANGOURA,<br>TANZILUDIN BANGURAH,<br>and<br>HADJA FRANKLIN,<br>*Defendants* | Case No. 1:23-MJ-79<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 2019 to August 2022** in the city/county of **Prince William** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute 40 grams or more of fentanyl |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Phil Alito, Assistant U.S. Attorney
*Printed name and title*

*Daniel McCoy*
*Complainant's signature*

Special Agent Daniel McCoy, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 04/07/2023

Lindsey Vaala — Digitally signed by Lindsey Vaala, Date: 2023.04.07 13:30:02 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*