# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NABYUNISSA BANGOURA,<br><br>TANZILUDIN BANGURAH, and<br><br>HADJA FRANKLIN,<br><br>    *Defendants.* | **UNDER SEAL**<br><br>1:23-MJ-79 |

### AFFIDAVIT IN SUPPORT OF
### A CRIMINAL COMPLAINT AND ARREST WARRANTS

I, Daniel McCoy, being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since January 2021. I am currently assigned to the Washington Field Office, Northern Virginia Resident Agency. I am on a squad that investigates darknet related narcotics trafficking, and I have been assigned to this squad since June 2021. Prior to being hired as a Special Agent with the FBI, I was a Deputy Sheriff with the Collier County Sheriff's Office in Naples, Florida, and was so employed from April 2015 until January 2021. I have received formal training in the investigation of drug and violent crimes, including specialized training in forensic evidence collection. I have investigated or assisted in the investigation of several cases involving violent criminal activity, narcotics, and crimes against persons and property. I have been a sworn law enforcement officer during all times herein.

2. I submit this affidavit in support of a criminal complaint charging NABYUNISSA BANGOURA, TANZILUDIN BANGURAH, AND HADJA FRANKLIN with conspiracy to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

3. The facts and information contained in this affidavit are based on my personal knowledge of this investigation, my training and experience, information from interviews, information obtained from other state/Commonwealth and federal law enforcement officers, and my review of documents and materials associated with the case.

4. This affidavit contains only the information necessary to support probable cause and therefore does not include all information known by me or the United States.

## PROBABLE CAUSE

### A. *Investigators discover "MonPham" and make numerous controlled purchases.*

5. The United States—including the FBI, the Food and Drug Administration—Office of Criminal Investigations (FDA-OCI), and the U.S. Postal Inspection Service (USPIS)—is investigating the distribution of controlled substances, including fentanyl, on the darknet.

6. A darknet market is a hidden commercial website that operates on a portion of the Internet that is often referred to as the TOR network, darkweb, or darknet. A darknet market frequently operates as a black market, selling or brokering transactions involving controlled substances, weapons, counterfeit currency, stolen credit card details, forged documents, and other illicit goods.

7. Individuals typically purchase controlled substances through darknet markets from "vendors," who accept digital currency such as Bitcoin for payment. "Vendors" are the darknet's

sellers of goods and services, which they sell using "vendor accounts." Customers, meanwhile, operate "customer accounts." Vendor and customer accounts are not identified by numbers, but rather monikers or "handles," much like the username one would use on a clear website. If a moniker on a particular marketplace has not already been registered by another user, vendors and customers can use the same moniker across multiple marketplaces.

8. The investigation began in fall 2021, when law enforcement discovered that a darknet vendor using the moniker "MonPham" advertised for sale counterfeit oxycodone and counterfeit Xanax on several darknet markets. The FBI, USPIS, and FDA-OCI reviewed the vendor profiles for the moniker "MonPham" across several darknet markets—including ToRReZ Market, ASAP Market, Vice City Market, Bohemia Market, Royal Market, Tor2Door Market, Dark0de Reborn Market, Darkfox Market, and Cypher Market. Law enforcement discovered that the "MonPham" accounts on all of these markets used the same PGP key, indicating that the same individual or individuals operated each of the accounts.

9. PGP, or Pretty Good Privacy, is used on darknet markets to encrypt communications between vendors and customers. When a customer orders from a vendor or sends a vendor a message, that information may be stored in the marketplace's database. Given concerns that the marketplace server may be hacked or seized by law enforcement, vendors and customers often communicate via PGP encrypted means to address this security problem. A vendor has both a PGP private key and a public key. A customer can use the vendor's public key to encrypt a message. The vendor then uses the private key to decrypt the message. Vendors keep their private key secure, but they typically list their public key on their profile to enable customers to contact them.

10.     "MonPham" advertised for sale pressed oxycodone pills in quantities between 25 and 500 pills and pressed Xanax pills in quantities between 10 and 1,000 pills. Based on my training and experience, "pressed" indicates counterfeit pills. Counterfeit pills may contain no active ingredient, the wrong active ingredient, or have the right ingredient but in an incorrect quantity. Counterfeit pills may contain fentanyl. In the product description for their pressed oxycodone listing, "MonPham" stated that the pills "are made with an opiate which is alternative to fentanyl as fentanyl is considered dangerous. The pills are a light blue / baby blue color." A screenshot of one of "MonPham's" advertisements, including the guarantee that the pills didn't include fentanyl, for pressed oxycodone is below:



11.     Additionally, on several markets, "MonPham" provided a username on Wickr—an end-to-end encrypted communications application. "MonPham's" Wickr handle was "DrZhivagoEM."

12.     In December 2021, law enforcement conducted a controlled purchase of pills from "MonPham" on Wickr, using the vendor handle "DrZhivagoEM." Consistent with information

provided on "MonPham's" profiles on several darknet markets, the vendor confirmed that law enforcement was messaging "MonPham."

13. Between October 27, 2021 and August 25, 2022, law enforcement made numerous controlled purchases from "MonPham," using darknet markets or Wickr. Eleven of the controlled purchases were sent to undercover mailboxes located in the Eastern District of Virginia. The chart below summarizes those controlled purchases:

| Date | Platform | Type | Amount | Mailed from |
| --- | --- | --- | --- | --- |
| 10/27/2021 | ToRReZ Market | Xanax | 25 pills | Pocono Summit, PA |
| 11/3/2021 | ToRReZ Market | Oxycodone | 50 pills | Blakeslee, PA |
| 11/17/2021 | Wickr | Oxycodone | 35 pills | East Stroudsburg, PA |
| 12/6/2021 | Wickr | Oxycodone | 50 pills | Tobyhanna, PA |
| 1/1/2022 | Wickr | Oxycodone | 50 pills | Mount Pocono, PA |
| 1/6/2022 | Wickr | Oxycodone | 50 pills | Tobyhanna, PA |
| 3/12/2022 | Wickr | Oxycodone | 25 pills | Tobyhanna, PA |
| 4/4/2022 | ASAP Market | Xanax | 10 pills | Tannersville, PA |
| 4/4/2022 | Wickr | Oxycodone | 50 pills | Tobyhanna, PA |
| 6/13/2022 | Vice City Market | Xanax | 10 pills | Tannersville, PA |
| 8/9/2022 | Vice City Market | Oxycodone | 100 pills | Tobyhanna, PA |
| 8/23/2022 | Vice City Marker | Oxycodone | 100 pills | Tobyhanna, PA |
| 8/25/2022 | Wickr | Xanax | 50 pills | Mount Pocono, PA |

**B. *Investigators identify the defendants as "MonPham."***

14. During the investigation, law enforcement was able to identify the defendants as operating the "MonPham" and "DrZhivagoEM" accounts. On or about March 12, 2022, and April

4, 2022, an FDA-OCI UC made cryptocurrency payments to "MonPham," which were sent to a Bitcoin address ending in w2c0. Law enforcement analyzed transactions associated with the Bitcoin address and linked them to Exchange Service 1—a service that allows customers to exchange different types of cryptocurrency without collecting user information. Exchange Service 1 provided the IP address from which the transaction was conducted—64.67.131.248. Open-source tools indicated the IP address was associated with PenTeleData, a Pennsylvania-based Internet Service Provider. Additional transactions conducted by "MonPham" between April 3, 2022 and May 15, 2022 were from the same IP address.

15.   On or about August 24, 2022, an FBI UC sent a payment to "MonPham" at a Bitcoin address ending in 3a8p. Law enforcement analyzed transactions associated with the Bitcoin address, which revealed several additional transactions with Exchange Service 1, including at least two transactions—on or about June 22, 2022 and August 10, 2022—from the same IP address listed above—64.67.131.248.

16.   On June 23, 2022, PenTeleData provided subscriber information for that IP address. According to PenTeleData, the IP address was registered to TANZILUDIN BANGURAH at 2454 Winding Way, Tobyhanna, Pennsylvania, 18466. Law enforcement identified other individuals living at the address, including HADJA FRANKLIN, NABYUNISSA BANGOURA, and others.

17.   Law enforcement discovered that TANZILUDIN BANGURAH and HADJA FRANKLIN are the married parents of NABYUNISSA BANGOURA.[1]

---

[1] The defendants' names are as they appear on their Pennsylvania identification documents.

1. *Law enforcement observes TANZILUDIN BANGURAH mailing controlled substances purchased from "MonPham."*

18.  Law enforcement conducted surveillance of 2454 Winding Way, Tobyhanna, Pennsylvania in August 2022. On August 24, 2022, law enforcement observed TANZILUDIN BANGURAH leaving 2454 Winding Way with a backpack and departing the property in a white Nissan Pathfinder registered in his name. Law enforcement followed TANZILUDIN BANGURAH to a USPS collection box in Tobyhanna, Pennsylvania. TANZILUDIN BANGURAH then deposited a mailer into the USPS collection box and departed. USPIS retrieved the parcel and execution of a federal search warrant revealed 27 suspected counterfeit oxycodone pills.

19.  Law enforcement continued its surveillance. Law enforcement followed TANZILUDIN BANGURAH to a USPS collection box in East Stroudsburg, Pennsylvania and observed him mail a package. USPIS retrieved the parcel from the collection box. A federal search warrant revealed 27 suspected counterfeit oxycodone pills. Further, the package was addressed to an individual in California. Law enforcement contacted that person, who admitted to buying counterfeit oxycodone from "MonPham." The individual allowed law enforcement to view his/her customer page on a darknet marketplace, which showed that the individual recently placed an order with "MonPham," which the individual had yet to receive.

2. *Law enforcement discovers a home lab, drug ledgers, and controlled substances at the defendants' residence.*

20.  Law enforcement executed a federal search warrant at 2454 Winding Way, Tobyhanna, Pennsylvania on August 31, 2022.

21.  Law enforcement found a home laboratory in the laundry room of the residence, which included a commercial-grade pill press, a "Seal-a-Meal" vacuum sealer, a commercial grade powder blender, and several full-size body chemical suits along with half and full mask respirators.

A photograph of the home laboratory is below:



22. Law enforcement additionally seized numerous powders and pills, electronic devices, and documents.

### 3. *Electronic evidence confirms the defendants' participation in the conspiracy, as well as the drug weight involved.*

23. The electronic evidence includes numerous messages between the defendants, which confirm their participation in the conspiracy. On September 17, 2019, for example, NABYUNISSA BANGOURA and HADJA FRANKLIN had the following exchange:

| Hadja Franklin | Hey do they sill cheap OxyContin over there? It's money making here. I u ask, make sure it's 30 mg and it's also known as the little blue pill |
|---|---|
| Nabyunissa Bangoura | I did the research. £3 a pill online. If we can do $2 a pill, we are good. I saw the machine to make the items, they sell them on allibaba. Now I'm looking to see where to get the ingredients. |
| Hadja Franklin | OK! Let me know how much we will need to start and what I can get from here the[n] we're in Business. |
| | *** |
| Nabyunissa Bangoura | Read up on the mixture. This isn't child's play. Just 2mg of powder can pill a person. |
| Nabyunissa Bangoura | So mix .5mg with the rest 79.6 mg powdered Paracetamol |

| Nabyunissa Bangoura | Over here I can get 6,000 mg of paracetamol for 10 cents |
|---|---|
| | *** |
| Nabyunissa Bangoura | Fentanyl powder is $240 for 10 grams online. Paracetamol is 10 cents for 6 grams in Sierra Leone. Titanium dioxide is $12 for 16 oz at Walmart. Magensium Stearate is $13 for 4.4 oz on Amazon. Hypromelose powder is $15 for 1 kg on Allibaba. Yellow Iron Oxide is $20 for 1 kg on Allibaba. And Blue #2 Aluminum Lake is $21 for 6.2 oz on Amazon. Total for materials will be $332. |
| Hadja Franklin | Ok. Let me know what to buy here or when u order what's coming here. |

    a.    Based on my training, experience, and knowledge of this case, the defendants are discussing the danger of manufacturing counterfeit drugs containing fentanyl—despite their online advertisements claiming their products didn't include fentanyl—as well as discussing the prices of their ingredients.

    24.    On February 16, 2020, they had the following exchange:

| Nabyunissa Bangoura | This measurement is for 40 micrograms in each pill |
|---|---|
| Nabyunissa Bangoura | If you want to put 30 micrograms then I'll give you the measurements |
| Nabyunissa Bangoura | 1,000,000 divided by 30 equals to 33,333 pills |
| Hadja Franklin | We said 30 mg and let's stick to it for now. The machine makes 5,000 pills at a time. What's the measurements for each product[s] to make the 5,000. |
| Nabyunissa Bangoura | So 30 micrograms per pill and not 40? |
| Nabyunissa Bangoura | I will give it to you soon |
| Hadja Franklin | Yep. If it's not safe don't send it. I am just thinking out and maybe one day when we have a bigger lab or place I can help u |
| | *** |
| Nabyunissa Bangoura | 20,000 pills a month will give us over a million each within 1 year |
| Hadja Franklin | Can I be trained to do with this u? |
| Nabyunissa Bangoura | Breaking bad has inspired you |
| Nabyunissa Bangoura | But yes you can |
| Nabyunissa Bangoura | It's all about the surgical conscience |
| Hadja Franklin | Well I have u and ur my son so we will make sure it's safe and I and I can make the millions together. At home here will only be I cause it's a small space and when we move to a bigger house and have a big room in the basement, you'll train me to make whenever u travel I can handle it. And I mean just me cause we're both very careful. |

9

   a.  Based on my training, experience, and knowledge of this case, the defendants are discussing the formula for their pills, as well as discussing their goal of making substantial amounts of profits from selling drugs.

 25. On June 10, 2021, they had the following exchange:

| | |
|---|---|
| Nabyunissa Bangoura | 4 orders today |
| Nabyunissa Bangoura | I'm trying to print the orders out |
| Nabyunissa Bangoura | I know to hold off on tannersville |
| Hadja Franklin | He meant to hold off until he gets his license cause it's a little far. Mt. Pocono, Tobyhanna. There is the mailbox by the post office where he use to live remember, one on 196 and there's one at the post office where we use[d] to pick up our mails for 106 holiday. So it's three around till he gets the license. I'll work on something and let you know. |
| Hadja Franklin | Send the first paper so I can start packing because I have to mix cause we don't have enough for the 500 but I can do the others for now. |
| Hadja Franklin | Read the message I send on the line u send the labels and get back to me |
| Nabyunissa Bangoura | For the Fent make it 540 instead of 450 |
| Hadja Franklin | Don't forget to start washing tomorrow so u can wire on Friday |
| Nabyunissa Bangoura | With the way prices has be going I want to wait until Friday morning. I do not want to start washing then we lose a couple hundred dollars due to the price change. |

   a.  Based on my training, experience, and knowledge of this case, the defendants are discussing the return addresses to place on their mailing labels, with an emphasis on using mailboxes close to their residence in order to accommodate TANZILUDIN BANGURAH, who was primarily in charge of mailing orders, as well as the amount of orders they need to fulfill.

26. On November 21, 2021, they had the following exchange:

| | |
|---|---|
| Nabyunissa Bangoura | Question is Serinare still sending dollars? |
| Hadja Franklin | Yes he does. What is the complain[t] about? |
| Hadja Franklin | That is what u do cause I keep thinking what's wrong. U need to start looking to open two or three more sites ASAP. The more sites the more u will get more sales and know what reviews are true or not. Whenever u open new sites, use different Business names. When ready let me know and I'll help with the names. |
| Nabyunissa Bangoura | They say the pills do [not] have the active ingredient in it while 1 said it was weak |
| Hadja Franklin | I am still working [worrying] about what I did wrong. I have been doing it the same way so I am thinking if I had missed any and so far I haven't. It's ok. I'll do more today and pay attention. Let me know if more complain. I am trying to sleep now. |
| Hadja Franklin | I mean worrying |
| Nabyunissa Bangoura | It's not your end, it's how they were manufactured. |
| Nabyunissa Bangoura | I've did this hundreds of times: once it is mixed and kept in that state it is still good. The machine needs to be tested for the right size prior to the mixture poured into it. You cannot test the size and weight of the pill with the mixture but only the empty binder first. Once the size is correct only then you can make the pill properly. Different size pills will change the whole effects of the pills, not increase the strength |
| Hadja Franklin | I've spoken to him and I'll do it again today when I get up. I know I mix well cause we've never heard complain till now. Don't worry I'll fix it. Try to open two or three more sites with different names so if we loose [sic] these clients they'll go searching for another site and it might just land them on ours again. |

a. Based on my training, experience, and knowledge of this case, the defendants are discussing negative reviews of their products, including strategies for reducing the risk to their enterprise based on negative reviews.

27. On March 11, 2022, they had the following exchange:

| | |
|---|---|
| Nabyunissa Bangoura | Hey did you print out the labels? |
| Hadja Franklin | Your dad did. You should send me the one that came so I can pack it and you can go mail them all tonight after we come back from dinner |

11

a. Based on my training, experience, and knowledge of this case, the defendants are discussing mailing recent orders, with HADJA FRANKLIN confirming that, after TANZILUDIN BANGURAH printed the mailing labels, she will pack the orders and NABYUNISSA BANGOURA will mail them later that day.

28. With respect to drug weight, lab results show approximately 47 grams of fentanyl from controlled purchases, as well as approximately 56 grams of fentanyl for substances seized during execution of the search warrant, for a total of approximately 103 grams of confirmed fentanyl.

29. During execution of the search warrant, law enforcement discovered drug ledgers consisting of hundreds of pages. After tabulating the orders, law enforcement found that orders were sent to all 50 states, as well as Washington, D.C. and Puerto Rico. The ledgers account for approximately 3,057 counterfeit oxycodone pills and approximately 57,000 counterfeit Xanax pills.

<< CONTINUED ON NEXT PAGE >>

## **CONCLUSION**

30. Based on the foregoing, I respectfully submit that there is probable cause that, between approximately September 2019 and continuing to August 2022, in the Eastern District of Virginia and elsewhere, NABYUNISSA BANGOURA, TANZILUDIN BANGURAH, and HADJA FRANKLIN did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with others to unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Respectfully submitted,

*Daniel McCoy*
_____
Special Agent Daniel McCoy
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on April 7, 2023.

**Lindsey Vaala**
Digitally signed by Lindsey Vaala
Date: 2023.04.07 13:29:23 -04'00'
_____
Hon. Lindsey R. Vaala
United States Magistrate Judge